# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW, MARTHA ANN WARDLAW, RICHARD B. BATES and ROGER G. HAYES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| SENSIOTEC, INC. and ROBERT ARKIN, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Protective Order To Permit Filing Proposed Preliminary Injunction Order, Memorandum Of Law And Other Related Documents Under Seal" (Document No. 6) filed July 29, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Protective Order To Permit Filing Proposed Preliminary Injunction Order, Memorandum Of Law And Other Related Documents Under Seal" (Document No. 6) is **GRANTED**.

Signed: July 31, 2015

David C. Keesler
United States Magistrate Judge