# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW, MARTHA ANN WARDLAW, RICHARD B. BATES and ROGER G. HAYES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| SENSIOTEC, INC. and ROBERT ARKIN, | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Arkin's Motion For Protective Order To Permit Filing Of Affidavit Of Robert Arkin And Memorandum Of Law Under Seal" (Document No. 14) filed August 5, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Arkin's Motion For Protective Order To Permit Filing Of Affidavit Of Robert Arkin And Memorandum Of Law Under Seal" (Document No. 14) is **GRANTED**.

Signed: August 6, 2015

David C. Keesler
United States Magistrate Judge