UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW, MARTHA ANN WARDLAW, RICHARD B. BATES and ROGER G. HAYES,<br><br>    Plaintiffs,<br><br>vs.<br><br>SENSIOTEC, INC. and ROBERT ARKIN,<br><br>    Defendants. | NOTICE |

THIS MATTER is before the Court on prospective Intervenor DCX-CHOL Enterprises, Inc.'s ("DCX-CHOL") Motion to Intervene pursuant to Fed.R.Civ.P. 24. (Doc. No. 35). The parties are hereby notified that the Court will rule on this Motion at the hearing already scheduled for February 26, 2016. (See Doc. No. 34). If any party intends to oppose DCX-CHOL's Motion, written briefs must be filed no later than **Wednesday, February 24, 2016**. The parties are also instructed to be prepared to present oral argument on this issue at the February 26, 2016, hearing. However, the parties are cautioned that the overall length of time for the hearing will not be extended beyond the allotted one hour.

    **IT IS SO ORDERED.**

Signed: February 22, 2016

*[signature]*
Frank D. Whitney
Chief United States District Judge