UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW, MARTHA ANN WARDLAW, RICHARD B. BATES and ROGER G. HAYES. | )<br>)<br>)<br>) |
| Plaintiffs, | ) ORDER AND NOTICE OF HEARING |
| vs. | )<br>) |
| SENSIOTEC, INC. and ROBERT ARKIN, | )<br>) |
| Defendants. | )<br>) |

**TAKE NOTICE** that a hearing on Plaintiffs' pending Motion for Expedited Approval of Bridge Loan Financing and to Continue to Stay Discovery and Trial (Doc. No. 31) and to address the issues raised during the February 26, 2016, hearing will take place before the undersigned United States District Judge, to be held at **2:00 pm** on **Monday, February 29, 2016**, in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202, North Carolina. Oral arguments will be limited to thirty (30) minutes per side.

DCX-CHOL Enterprises, Inc.'s ("DCX") Motion to Intervene is **GRANTED WITH MODIFICATION**. (Doc. No. 33). DCX shall be permitted to intervene in this matter until the Court makes a further ruling on DCX's Motion following the February 29, 2016, hearing.

**IT IS SO ORDERED.**

Signed: February 26, 2016

_[signature]_
Frank D. Whitney
Chief United States District Judge