UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-cv-335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW, MARTHA ANN WARDLAW, RICHARD B. BATES and ROGER G. HAYES.<br><br>Plaintiffs,<br><br>vs.<br><br>SENSIOTEC, INC. and ROBERT ARKIN,<br><br>Defendants. | ORDER |

THIS MATTER is before the Court following two separate hearings on Plaintiffs' Motion for Expedited Approval of Bridge Loan Financing and to Continue to Stay Discovery and Trial. (Doc. No. 31). For the reasons stated in Court, Plaintiffs' Motion is GRANTED IN PART.

It is hereby ordered that the stay imposed by prior Order of the Court is extended to remain in place until close of business on **Friday, March 4, 2016**. The Court reserves judgment on the proposed bridge loan at this time.

It is further ordered that DCX-CHOL Enterprises, Inc.'s ("DCX-CHOL") Motion to Intervene (Doc. No. 35) is GRANTED. DCX-CHOL is ordered to file its formal Complaint in this action no later than close of business on **Friday March, 4, 2016**.

**IT IS SO ORDERED.**

Signed: February 29, 2016

Frank D. Whitney
Chief United States District Judge