UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CV-00335-FDW-DCK

| | |
|---|---|
| CRAIG M. WARDLAW; MARTHA ANN WARDLAW; RICHARD B. BATES; and ROGER G. HAYES,<br><br>Plaintiffs,<br><br>vs.<br><br>SENSIOTEC, INC. and ROBERT ARKIN,<br><br>Defendants. | ORDER |

THIS MATTER is before the Court pursuant to the Court's January 25, 2017, Show Cause Order (Doc. No. 57), in which the Court ordered any party that opposes the transfer of this case to the Northern District of Georgia (N.D.Ga) to show cause why transfer would not be in the interest of justice or for the convenience of the parties. Plaintiffs filed a Response (Doc. No. 58) to the Show Cause Order informing the Court that on February 6, 2017, the bankruptcy court in the N.D.Ga authorized and directed the bankruptcy Trustee to hold a public auction for the sale of Sensiotec, Inc.'s Assets and other property. Plaintiffs oppose the transfer of this action pending the outcome of the bankruptcy auction and sale, scheduled to take place on March 15, 2017. For the reasons stated in Plaintiffs' Response, the Court will wait to decide whether to transfer this action to the N.D.Ga until after the bankruptcy auction and sale.

IT IS FURTHER ORDERED that Plaintiffs shall inform the Court of the identity of the purchaser of Sensiotec's Assets within three (3) days following the conclusion of the sale process.

ORDERED.

Signed: February 9, 2017

1

Frank D. Whitney
Chief United States District Judge